**DAVID K. SMITH, ESQ.**
Utah State Bar No. 2993
Suite 600
6925 Union Park Center
Midvale, Utah 84047
Telephone: (801) 566-3373
Facsimile: (801) 566-8763

Attorney Pro Se

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2009 AUG 12  AM 11: 05
DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE STATE OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In the matter of ) | |
| ) | |
| ) | |
| ) | **NOTICE OF HEARING ON** |
| JO ANNA LEE GATELEY, ) | **DAVID K. SMITH'S MOTION TO** |
| aks JO ANNA L. LUNDBERG, ) | **LIFT THE AUTOMATIC STAY** |
| ) | |
| ) | **Bankruptcy No.: 09-24772WIT** |
| Debtor. ) | |

TO CREDITORS AND OTHER INTERESTED PARTIES:

You Will Please Take Notice that David K. Smith's Motion to Lift the Automatic Stay as to his interest in certain real property, previously filed and mailed to all creditors and other interested parties on July 30, 2009, will come on regularly for hearing before the Honorable William T. Thurman, Bankruptcy Court Judge for the District of Utah, Central Division in his Courtroom Number 376, on Thursday, September 3, 2009 at 2:30 p.m. at the United States

Page 1 of 3



Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.

Please note that any objections to Creditor's Motion for Relief from the Automatic Stay must be filed with the court pursuant to Section 362(d) and/or Rule 6007 of the Bankruptcy Act. Please govern yourselves accordingly.

DATED this 11th day of August, 2009.

**DAVID K. SMITH, ESQ.**
**Attorney In Pro Se**
**6925 Union Park Center, Suite 600**
**Midvale, UT 84047**
**Telephone Number: (801) 566-3373**

## MAILING CERTIFICATE

I hereby certify that I mailed a true and correct copy of the foregoing **NOTICE OF HEARING ON CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** to the following creditors and other interested parties this 11th day of August, 2009, addressed as follows:

ELIZABETH R. LOVERIDGE, Trustee
Woodbury & Kessler
Attorneys at Law
265 East 100 South
Suite 300
P.O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (8701) 364-1100

MARJI HANSON
352 South Denver Street, Suite 240
Salt Lake City, UT 84111
Telephone: (801) 478-0479

JOANNA LEE GATELEY
aks JOANNA L. LUNDBERG
4745 West 4835 South
Salt Lake City, UT 84118

ALSO TO OTHER INTERESTED
PARTIES FROM CREDITORS LIST

_____
**DAVID K. SMITH, ESQ.**

AMCA
P.O. Box 1235
Elmsford, NY 10523

MX Xollwxriona
1169 A. AQ Mill Eicwe EoS, Vlsf. 3
Elsford, NY 10523

American Family Insurance
P.O. Box 1603
Saint Joseph, MO 64502-1603

American Family Insurance
Madison, WI 53777-0001

Ameripath
P.O. Box 830913

Ameripath
P.O. Box 830913
Birmingham, AL 35283-0913

AmeriPath Arvada
Colorado Pathology Consultants
P.O. Box 840274
Dallas, TX 75284-0274

Attorney General's Office
University Healthcare Collections
P.O. Box 413000
Salt Lake City, UT 84141-3000

Capital Recovery III LLC
Care of Recovery Management Systems Corp.
25 S.E. 2nd Ave., Suite 1120
Miami,FL 33131-1605

Checkx Systems
Attn: Consumer Relations
7805 Hudson Road, Suite 100\
Saint Paul, MN 55125

Collection Services of Utah
3355 Washington Blvd.
P.O. Box 1270

Ogden, UT 84402-1270

Consulmed, LLC
P.O. Box 1169
Bountiful, UT 84011
Credit Collection Services
Two Wells Avenue, kDept. AmI'-am
Newton Center, MA 02459

ERS
P.O. Box 26415
Salt Lake City, UT 84126-0415

Express Recovery Services, Inc.
3782 West 2340 South, Ste. B
Salt Lake City, UT 84120-7295

Express Recovery Services, Inc.
P.O. Box 26415
Salt Lake City, UT 84126-0415

Family Counseling Center
5250 S. Commerce Drive, Ste. 250
Salt Lake City, UT 84107-5389

Gateway
P.O. Box 31012
Hartford, CT 06150-1012

Gold Cross Ambulance
P.O. Box 27768
Salt Lake City, UT 84127-0768

Gold's Gym
250 North Main Street
Tooele, UT 84074

Gold's Gym & Paramount Acceptance
P.O. Box 17317
Salt Lake City, UT 84117

Guglielmo & Assocs.
3325 N. University Ave., Suite 200
Provo, UT 84604

Guglielmo & Assocs.
P.O. Box 41`688
Tuscon, AZ 85717

Guglielmo & Assocs.
290 West Center Street
Provo, UT 84601

Guglielmo & Assocs.
1149 West Center Street,
Ore,, UT 84057

Internal Medicine Group
University Medical Billing
P.O. Box 581700
Salt Lake City, UT 84158-1700

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

John Green
4057 Milkyway Drive
Salt Lake City, UT 84124

John Mack Dow
74 South 100 East
Tooele, UT 84074

Johnson Riddle & Mark
P.O. Box 7811
Sandy, UT 84092

Knight Adjustment Bureau
404 East 4500 South, #A-34
Salt Lake City, UT 84107

Labcorp of America
P.O. Box 2240
Burlington, NC 2721602240

Law Offices of Mitchell N. Kay
P.O. Box 9006
Smithtown, NY 11787-9006

Millpond HOA
c/o Cirrus Properties, Inc.
P.O. Box 171014
Salt Lake City, Utah 84117

MiraMed Revenue Group
Dept. 77304
P.O. Box 77000
Detroit, MI 48277-0304

Mountain West Medical Center
2044 N. Main Street
Tooele, UT 74074

Mountain West Medical Center
P.O. Box 60000 File 73619
San Francisco, CA 94160-0001

Mountain West Medical Center, ER
P.O. Box 600000 File 74030
San Francisco, CA 94160-0001

Mountain West Radiology
P.O. Box 1210
Tooele, UT 84074

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044-2308

Nita Weber DO
255 South 100 East
Tooele, UT 84074

Payment America Systems
P.O. Box 25850
Nashville, TN 37202-4850

Pinnacle Financial Group
7825 Washington Ave. S. Ste. 410
Minneapolis, MN 55439-2409

Professional Account Services, Inc.
P.O. Box 188
Brentwood, TN 37024-0188

The Attorney General's Office
University Hospital Collections
P.O. Box 510511
Salt Lake City, UT 84151-0511

Tooele Clinic Corp.
7100 Commerce Way, Ste 180
Brentwood, TN 37027-2851

Tooele Clinic Corp.
330 Franklin Road, #135A-304
Brentwood, TN 37027-3280

Tooele Clinic Corp.
7100 CommerceWay, Ste. 108
Brentwood, TN 37027-2851

Tooele County Treasurer
47 South Main Street
Tooele, UT 84074

Tooele Transcript Bulletin
P.O. Box 390
Tooele, UT 84074-0390

Toocle Valley Spine Center
1244 North Main
Tooele, UT 74074

Tooele Valley Urgent Care
1244 North Main, Suite 201
Tooele, UT 84074

Transworld Collection Systems
7050 Union Park Center, #575
Midvale, UT 84047

UNI Professional billing
501 Chipeta Way
Salt Lake City, UT 84108

University of Utah Hospital & Clinics
P.O. Box 410721
Salt Lake City, UT 84151-0721

University Health Care
Hospitals & Clinics
P.O. Box 510721
Salt Lake City, UT 84151-0721

University Healthcare
P.O. Box 030045
Salt Lake City, UT 84130-0045

University Hospital Physicians
U of U Emergency Physicians
P.O. Box 510726
Salt Lake City, UT 84151-0726

University Medical Billing
P.O. Box 581526
Salt Lake City, UT 84158-1529

University Neuropsychiatric Inst.
501 Chipeta Way
Salt Lake City, UT 84108-1222

University Neuropsychiatric Institute
501 Chipeta Way
Salt Lake City, UT 84108-1222

University of Utah Hospitals & Clinics
P.O. Box 510721
Salt Lake City, UT 84151-0721

Utah State Tax Commission
Attn/ Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-9000

Elizabeth R. Loveridge, Trustee
Woodbury & Kessler
Attorneys at Law
265 East 100 South, Suite 300
P.O. Box 3358
Salt Lake City, UT 8411-03358

Marji Hanson
352 Denver Street
Salt Lake City, UT 84111

Case 09-24772    Doc 10    Filed 08/12/09    Entered 08/13/09 08:38:47    Desc Main
Document      Page 10 of 10

Joanna Lee Gateley
4745 West 4838 South
Salt Lake City 84118